IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MARIA SLOOP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No.:** |
| v. ) | |
| ) | **2:08-cv-00925-MEF-TFM** |
| **HYUNDAI POLYTECH AMERICA** ) | |
| **COMPANY, INC.** ) | |
| ) | |
| **Defendant.** ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Maria Sloop and Defendant Hyundai Polytech America Company, Inc. and, pursuant to Federal Rule of Civil Procedure 41, hereby dismiss this action and all claims asserted herein with prejudice to their refiling. All parties shall bear their own costs.

Respectfully submitted this **12th** day of **August, 2009.**

/s/Jerry Roberson
Jerry Roberson (ROB010)
**ROBERSON & ROBERSON**
3765 Kinross Drive
P.O. Box 380487
Birmingham, AL  35238-0487
(205) 981-3906

Albert H. Adams, Jr. (ADA058)
Law Office of Albert H. Adams, Jr., P.C.
520 South Eufaula Avenue, Suite E
P.O. Box 670
Eufaula, AL  36072
(334) 687-1326

ATTORNEYS FOR PLAINTIFF

/s/Matthew Gomes
Matthew T. Gomes
Georgia Bar No. 297453
Daniel M. Shea
Georgia Bar No. 638800
**NELSON MULLINS RILEY & SCARBOROUGH**
Atlantic Station / 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000

ATTORNEYS FOR DEFENDANT